Certificate Number: 17572-PAM-DE-030803388

Bankruptcy Case Number: 18-00883



17572-PAM-DE-030803388

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2018, at 3:38 o'clock PM PDT, Gary M Reisher completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 30, 2018

By: /s/Kristina Milicevic

Name: Kristina Milicevic

Title: Counselor