Certificate Number: 17572-PAM-DE-030803389

Bankruptcy Case Number: 18-00883



17572-PAM-DE-030803389

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 30, 2018, at 3:38 o'clock PM PDT, Melody S Reisher completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 30, 2018   By: /s/Kristina Milicevic

                                                                Name: Kristina Milicevic

                                                                Title: Counselor