```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 18-00883-HWV
Gary M. Reisher                                                   Chapter 13
Melody S. Reisher
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini              Page 1 of 1          Date Rcvd: Apr 16, 2018
                             Form ID: ntcnfhrg           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
```
db/jdb        +Gary M. Reisher,    Melody S. Reisher,    11 Forrest Avenue,    Fayetteville, PA 17222-1405
5030558       +Chambersburg Hospital,    760 E. Washington Street,    Chambersburg, PA 17201-2751
5030559       +Chambersburg Imaging,    25 Penncraft Ave,    Chambersburg, PA 17201-1649
5030562       +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Ind. Ctr,    701 Market Street,
                Philadelphia, PA 19106-1538
5030564       +National Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
5044554       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5030565       +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
5030566       +QCS,   PO Box 4699,    Petaluma, CA 94955-4699
5030567       +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
                North Brunswick, NJ 08902-7242
5030568       +Summit Physician Services,    785 Fifth Ave., Ste 3,    Chambersburg, PA 17201-4232
5030569        US Department of Education,    PO Box 105028,    Atlanta, GA 30348-5028
5030570       +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5030560        E-mail/Text: cio.bncmail@irs.gov Apr 16 2018 19:08:52      IRS,   Fresno, CA 93888-0419
5030561        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 16 2018 19:09:14      Jefferson Capital LLC,
                16 McLeland Road,    Saint Cloud, MN 56303-2198
5030563       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 16 2018 19:08:50      Kohl's,    PO Box 2983,
                Milwaukee, WI 53201-2983
5030570       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 16 2018 19:08:46
                Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Gary M.  Reisher aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Melody S. Reisher aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gary M. Reisher
Melody S. Reisher

Debtor(s)

Chapter 13

Case No. 1:18−bk−00883−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**May 23, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 30, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 16, 2018 |