```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-00883-HWV
Gary M. Reisher                                                     Chapter 13
Melody S. Reisher
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 1         Date Rcvd: Apr 16, 2018
                               Form ID: pdf002             Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
```
db/jdb       +Gary M. Reisher,    Melody S. Reisher,    11 Forrest Avenue,    Fayetteville, PA 17222-1405
5030558      +Chambersburg Hospital,    760 E. Washington Street,    Chambersburg, PA 17201-2751
5030559      +Chambersburg Imaging,    25 Penncraft Ave,    Chambersburg, PA 17201-1649
5030562      +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Ind. Ctr,    701 Market Street,
               Philadelphia, PA 19106-1538
5030564      +National Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
5044554      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5030565      +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
5030566      +QCS,   PO Box 4699,    Petaluma, CA 94955-4699
5030567      +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO Box 7242,
               North Brunswick, NJ 08902-7242
5030568      +Summit Physician Services,    785 Fifth Ave., Ste 3,    Chambersburg, PA 17201-4232
5030569       US Department of Education,    PO Box 105028,    Atlanta, GA 30348-5028
5030570      +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5030560       E-mail/Text: cio.bncmail@irs.gov Apr 16 2018 19:08:52      IRS,   Fresno, CA 93888-0419
5030561       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 16 2018 19:09:14      Jefferson Capital LLC,
               16 McLeland Road,    Saint Cloud, MN 56303-2198
5030563      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 16 2018 19:08:50      Kohl's,   PO Box 2983,
               Milwaukee, WI 53201-2983
5030570      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 16 2018 19:08:46
               Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 4
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
```
              Aaron John Neuharth   on behalf of Debtor 1 Gary M.  Reisher aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth   on behalf of Debtor 2 Melody S. Reisher aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Gary M. Reisher**
**Melody S. Reisher**

CHAPTER 13
CASE NO.

■ ORIGINAL PLAN
_AMENDED_ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 10, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**41,006.58**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | | Total Payment |
|---|---|---|---|---|---|
| 1 | 6 | 100.00 | 0.00 | 100.00 | 600.00 |
| 7 | 60 | 748.27 | 0.00 | 100.00 | 40,406.58 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $**41,006.58** |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

   3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 1:18-bk-00883-HWV   Doc 6   Filed 03/05/18   Entered 03/05/18 10:18:33   Desc
Main Document   Page 1 of 5
Case 1:18-bk-00883-HWV   Doc 19   Filed 04/18/18   Entered 04/19/18 00:45:36   Desc
Imaged Certificate of Notice   Page 2 of 6

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
   _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
   _____

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*
☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| National Mortgage LLC | 11 Forrest Avenue Fayetteville, PA 17222 Franklin County<br>Debtors value is based on 2/26/2018 appraisal | |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

■ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| | | | | |

2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Case 1:18-bk-00883-HWV    Doc 6    Filed 03/05/18    Entered 03/05/18 10:18:33    Desc
                    Main Document      Page 2 of 5
Case 1:18-bk-00883-HWV    Doc 19    Filed 04/18/18    Entered 04/19/18 00:45:36    Desc
               Imaged Certificate of Notice    Page 3 of 6

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| National Mortgage LLC | 11 Forrest Avenue Fayetteville, PA 17222 Franklin County Debtors value is based on 2/26/2018 appraisal | $22,000.00 | $0.00 | $0.00 |

    **D.**   **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

    **E.**   **Secured claims for which a § 506 valuation is applicable.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    **F.**   **Surrender of Collateral.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    **G.**   **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*
■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**   **PRIORITY CLAIMS.**

    **A.**   **Administrative Claims**

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees</u>. Complete only one of the following options:
- ■ In addition to the retainer of $ **2,000.00** already paid by the Debtor, the amount of $ **2,000.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).
- ☐ $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
        *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    **B.**   **Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below).** *Check one of the following two lines.*

☐ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

■ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 10.

| Name of Creditor | Estimated Total Payment |
|---|---|
| IRS | $6,524.28 |

    **C.**   *Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B). Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**   **UNSECURED CLAIMS**

A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
   *Check one of the following two lines.*

   ☐ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   ■ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply..

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
| US Department of Education | Student Loan | $7,000.00 | 2% | $7,611.67 |

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines*.

   ■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*
   ☐ plan confirmation.
   ☐ entry of discharge.
   ☐ closing of case:

7. **DISCHARGE: (Check one)**

   ■ The debtor will seek a discharge pursuant to § 1328(a).

   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **STUDENT LOANS.**

   The Debtor does not seek to discharge any student loans, with the exception of the following: ____

9. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.
Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the

4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 1:18-bk-00883-HWV    Doc 6    Filed 03/05/18    Entered 03/05/18 10:18:33    Desc
                    Main Document    Page 4 of 5
Case 1:18-bk-00883-HWV    Doc 19    Filed 04/18/18    Entered 04/19/18 00:45:36    Desc
              Imaged Certificate of Notice    Page 5 of 6

following as a guide:
- Level 1: Adequate protection payments.
- Level 2: Debtor's attorney's fees.
- Level 3: Domestic Support Obligations.
- Level 4: Priority claims, pro rata.
- Level 5: Secured claims, pro rata.
- Level 6: Specially classified unsecured claims.
- Level 7: Timely general unsecured claims.
- Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**10. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

**Joint Debtor is actively searcing for employment. Her additional income will assist with paying the Chapter 13 Plan payments.**

Dated: **March 5, 2018**

**/s/ Aaron J. Neuharth**
**Aaron J. Neuharth 88625**
Attorney for Debtor

**/s/ Gary M. Reisher**
**Gary M. Reisher**
Debtor

**/s/ Melody S. Reisher**
**Melody S. Reisher**
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 10.