## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Melody S. Reisher,** | : | **Chapter 13** |
| | : | |
| **Gary M. Reisher** | : | |
| **Debtors** | : | **Case No. 18-00883** |
| | : | |
| **Nationstar Mortgage LLC d/b/a** | : | |
| **Mr. Cooper** | : | |
| **Movants** | : | |
| **Vs.** | : | |
| | : | |
| **Melody S. Reisher,** | : | |
| **Gary M. Reisher** | : | |
| **Debtors** | : | |
| | : | |
| **Charles J. DeHart, III Esq.** | : | |
| **Trustee** | : | |

**ANSWER OF DEBTORS TO MOTION OF NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER FOR RELIEF FROM THE AUTOMATIC STAY UNDER
SECTION 362**

AND NOW comes your Debtors, Gary M. Reisher and Melody S. Reisher, by and through their counsel, Aaron J. Neuharth, Esquire and Answers Movant's Motion For Relief From Automatic Stay as follows:

1. Admitted. By way of further answer, it is believed by the debtors that Movant is who they state they are, and that they have the authority to act on behalf of the mortgage company.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted in part. Denied in part. By way of further answer, the debtors admit they have failed to make regular payments post-petition. However, debtors have submitted to movant payment for the months of May and June 2018. Debtors will supply proof of said payments as soon as the check clears their bank account.
7. Denied. Debtors believe they owe the July 2018 payment only, in addition to any fees and costs incurred by movant by the filing of the instant action.
8. Neither Admitted or Denied. Debtor is without sufficient knowledge or proof of this averment.
9. Neither admitted or denied. This averment does not require a response.

Wherefore, Respondents respectfully requests this Honorable Court deny Movant's Motion.

Date: July 10, 2018

/s/ Aaron J. Neuharth_____
Aaron J. Neuharth
Attorney for Debtors
Supreme Ct. No.: 88625
PO Box 359
Chambersburg, PA 17201
(717)264-2939