UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANI

IN RE:                                                      CASE NO: 1800883

MELODY REISHER
SSN#: xxx-xx-6981
Borrower#: 1015033908                     CHAPTER BK13

Debtor(s)                                         CLAIM#: 4

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, MIDDLE DISTRICT OF PENNSYLVANI, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:    U.S. Department of Education        New:   **U.S. DEPARTMENT OF EDUCATION**
          National Payment Center                         **NATIONAL PAYMENT CENTER**
          P O Box 105028                                    **P O Box 790336**
          Atlanta, GA 30348-5028                      **St. Louis, MO 63179-0336**

**NOTICES:**

Old:    U.S. Department of Education        New:   **U.S. DEPARTMENT OF EDUCATION**
          P O Box 16448                                      **P O Box 16448**
          Saint Paul, MN 55116-0448                 **Saint Paul, MN 55116-0448**

Respectfully submitted this day, March 13, 2019

/s/ Xiong Me Lo
Bankruptcy Operation Specialist
Bankruptcy Department
PO Box 16448
St. Paul, MN 55116-0448
PH: (800) 363-4562 Fax: (877) 865 9741