In re:                                                          Case No. 18-00883-HWV
Gary M. Reisher                                                 Chapter 13
Melody S. Reisher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: Christoph          Page 1 of 1               Date Rcvd: Nov 13, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
5044554          +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
          Aaron John Neuharth   on behalf of Debtor 1 Gary M.  Reisher aneuharth@neuharthlaw.com,
           smartin@neuharthlaw.com
          Aaron John Neuharth   on behalf of Debtor 2 Melody S. Reisher aneuharth@neuharthlaw.com,
           smartin@neuharthlaw.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00883-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Gary M. Reisher
11 Forrest Avenue
Fayetteville PA 17222

Melody S. Reisher
11 Forrest Avenue
Fayetteville PA 17222

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

US Bank Trust National Association,
as Trustee for Igloo Series IV Trust
c/o SN Servicing Corporation
323 Fifth St
Eureka, CA 95501
US Bank Trust National Association,

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/15/19

Terrence S. Miller
**CLERK OF THE COURT**