United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00883-HWV |
| Gary M. Reisher | Chapter 13 |
| Melody S. Reisher | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 23, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5269338 | + Email/Text: bknotices@snsc.com | Feb 23 2021 19:16:00 | US Bank Trust National Association,, as Trustee for Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501-0305, US Bank Trust National Association, |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron John Neuharth | on behalf of Debtor 1 Gary M. Reisher aneuharth@neuharthlaw.com smartin@neuharthlaw.com |
| Aaron John Neuharth | on behalf of Debtor 2 Melody S. Reisher aneuharth@neuharthlaw.com smartin@neuharthlaw.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@friedmanvartolo.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00883-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Gary M. Reisher
11 Forrest Avenue
Fayetteville PA 17222

Melody S. Reisher
11 Forrest Avenue
Fayetteville PA 17222

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/23/2021.

Name and Address of Alleged Transferor(s):

Claim No. 2: US Bank Trust National Association,, as Trustee for Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501, US Bank Trust National Association,

Name and Address of Transferee:

U.S. Bank Trust National Association as
Trustee of the Cabana Series IV Trust
U.S. Bank Trust National Association as
Trustee of the Cabana Series IV Trust

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/25/21

Terrence S. Miller
**CLERK OF THE COURT**