IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
Gary M. Reisher, ) Case No. 18-00883
Melody S. Reisher, ) Chapter 13
)
Debtors )

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtors, Gary M. Reisher and Melody S. Reisher.

Date: 12/16/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939


Please enter my appearance as attorney for the Debtors, Gary M. Reisher and Melody S. Reisher, in the above-captioned case.

Date: 3/28/22

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
PO Box 109
Lemoyne, PA 17043
(717) 761-4540