# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Gary M Reisher
    Melody S Reisher

                Case No.: 1-18-00883HWV

                Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | SN Servicing Corp |
| Court Claim Number: | 2 |
| Last Four of Loan Number: | 7156 |
| Property Address if applicable: | 11 Forrest Ave |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $15,959.32 |
| b. | Prepetition arrearages paid by the trustee: | $15,959.32 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $15,959.32 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 25, 2023

                                                Respectfully submitted,

                                                /s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Gary M Reisher  Case No.: 1-18-00883HWV
     Melody S Reisher

Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Hannah Herman-Snyder, Esquire
183 Lincoln Way East
Chambersburg PA 17201

**Served by First Class Mail**
SN Servicing Corp
323 5th St
Eureka CA 95501

Gary M Reisher
Melody S Reisher
11 Forrest Ave
Fayetteville PA 17222

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 25, 2023      /s/ Liz Joyce
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos
    Suite A, 8125 Adams Dr.
    Hummelstown, PA  17036
    Phone: (717) 566-6097
    email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-00883    **GARY M. REISHER**

SN SERVICING CORP
323 5TH STREET

EUREKA, CA 95501-

**Acct No:** 11 Forerest Ave - PRE-ARREA

ARREARS - 11 FORREST AVENUE

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $112,900.00 | Debt: $15,959.32 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $15,959.32 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **SN SERVICING CORP** | | | | | | | |
| 520-0 | SN SERVICING CORP | | 05/16/2023 | 9016426 | $94.50 | $0.00 | $94.50 | 05/16/2023 |
| 520-0 | SN SERVICING CORP | | 04/18/2023 | 9016238 | $403.82 | $0.00 | $403.82 | 04/19/2023 |
| 520-0 | SN SERVICING CORP | | 03/15/2023 | 9016034 | $403.82 | $0.00 | $403.82 | 03/15/2023 |
| 520-0 | SN SERVICING CORP | | 02/15/2023 | 9015836 | $403.82 | $0.00 | $403.82 | 02/15/2023 |
| 520-0 | SN SERVICING CORP | | 01/18/2023 | 9015627 | $403.82 | $0.00 | $403.82 | 01/18/2023 |
| 520-0 | SN SERVICING CORP | | 12/13/2022 | 9015424 | $403.82 | $0.00 | $403.82 | 12/13/2022 |
| 520-0 | SN SERVICING CORP | | 10/18/2022 | 9015001 | $851.94 | $0.00 | $851.94 | 10/18/2022 |
| 520-0 | SN SERVICING CORP | | 08/17/2022 | 9014581 | $425.97 | $0.00 | $425.97 | 08/18/2022 |
| 520-0 | SN SERVICING CORP | | 07/13/2022 | 9014362 | $792.88 | $0.00 | $792.88 | 07/13/2022 |
| 520-0 | SN SERVICING CORP | | 05/17/2022 | 9013943 | $396.44 | $0.00 | $396.44 | 05/17/2022 |
| 520-0 | SN SERVICING CORP | | 04/12/2022 | 9013729 | $396.44 | $0.00 | $396.44 | 04/12/2022 |
| 520-0 | SN SERVICING CORP | | 03/16/2022 | 9013509 | $396.44 | $0.00 | $396.44 | 03/16/2022 |
| 520-0 | SN SERVICING CORP | | 02/16/2022 | 9013292 | $396.44 | $0.00 | $396.44 | 02/16/2022 |
| 520-0 | SN SERVICING CORP | | 01/19/2022 | 9013067 | $396.44 | $0.00 | $396.44 | 01/19/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SN SERVICING CORP | | 12/15/2021 | 9012831 | $792.88 | $0.00 | $792.88 | 12/15/2021 |
| 520-0 | SN SERVICING CORP | | 10/14/2021 | 9012330 | $408.17 | $0.00 | $408.17 | 10/14/2021 |
| 520-0 | SN SERVICING CORP | | 09/14/2021 | 9012082 | $408.17 | $0.00 | $408.17 | 09/14/2021 |
| 520-0 | SN SERVICING CORP | | 08/18/2021 | 9011833 | $408.17 | $0.00 | $408.17 | 08/18/2021 |
| 520-0 | SN SERVICING CORP | | 07/14/2021 | 9011562 | $408.17 | $0.00 | $408.17 | 07/14/2021 |
| 520-0 | SN SERVICING CORP | | 06/16/2021 | 9011301 | $408.17 | $0.00 | $408.17 | 06/16/2021 |
| 520-0 | SN SERVICING CORP | | 05/18/2021 | 9011027 | $395.14 | $0.00 | $395.14 | 05/19/2021 |
| 520-0 | SN SERVICING CORP | | 04/15/2021 | 9010746 | $395.14 | $0.00 | $395.14 | 05/13/2021 |
| 520-0 | SN SERVICING CORP | | 03/17/2021 | 9010461 | $790.28 | $0.00 | $790.28 | 03/17/2021 |
| 520-0 | SN SERVICING CORP | | 02/17/2021 | 9010167 | $395.14 | $0.00 | $395.14 | 02/17/2021 |
| 520-0 | SN SERVICING CORP | | 12/10/2020 | 9009337 | $395.14 | $0.00 | $395.14 | 12/10/2020 |
| 520-0 | SN SERVICING CORP | | 11/03/2020 | 9009037 | $790.28 | $0.00 | $790.28 | 11/03/2020 |
| 520-0 | SN SERVICING CORP | | 09/17/2020 | 9008471 | $390.80 | $0.00 | $390.80 | 09/17/2020 |
| 520-0 | SN SERVICING CORP | | 08/12/2020 | 9008146 | $390.80 | $0.00 | $390.80 | 08/12/2020 |
| 520-0 | SN SERVICING CORP | | 07/07/2020 | 9007830 | $390.80 | $0.00 | $390.80 | 07/07/2020 |
| 520-0 | SN SERVICING CORP | | 06/02/2020 | 9007542 | $391.00 | $0.00 | $391.00 | 06/02/2020 |
| 520-0 | SN SERVICING CORP | | 04/14/2020 | 9007087 | $810.05 | $0.00 | $810.05 | 04/14/2020 |
| 520-0 | SN SERVICING CORP | | 03/12/2020 | 9006909 | $405.13 | $0.00 | $405.13 | 03/12/2020 |
| 520-0 | SN SERVICING CORP | | 02/13/2020 | 9006820 | $405.13 | $0.00 | $405.13 | 02/13/2020 |
| 520-0 | SN SERVICING CORP | | 01/16/2020 | 9006727 | $405.13 | $0.00 | $405.13 | 01/16/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SN SERVICING CORP | | 12/12/2019 | 9006634 | $209.04 | $0.00 | $209.04 | 12/12/2019 |

|  |  |  | Sub-totals: | $15,959.32 | $0.00 | $15,959.32 |
|---|---|---|---|---|---|---|
|  |  |  | Grand Total: | $15,959.32 | $0.00 | |