United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                Case No. 18-00883-HWV
Gary M. Reisher                                                       Chapter 13
Melody S. Reisher
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 2
Date Rcvd: Jul 11, 2023                 Form ID: fnldec                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gary M. Reisher, Melody S. Reisher, 11 Forrest Avenue, Fayetteville, PA 17222-1405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah Herman-Snyder | on behalf of Debtor 2 Melody S. Reisher hannah@nicklasandsnyder.com  shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Gary M. Reisher hannah@nicklasandsnyder.com  shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| Lauren Marie Moyer | |

District/off: 0314-1

Date Rcvd: Jul 11, 2023

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust
lmoyer@friedmanvartolo.com  ecfmail@ecf.courtdrive.com

Lorraine Gazzara Doyle

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana
Series IV Trust ldoyle@logs.com  LOGSECF@logs.com

Michelle Ghidotti

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust
bknotifications@ghidottiberger.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gary M. Reisher,            Chapter      13

**Debtor 1**

                                          Case No.       1:18−bk−00883−HWV

Melody S. Reisher,

**Debtor 2**

Social Security No.:

                xxx−xx−6221          xxx−xx−6981

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 11, 2023

**fnldec** (01/22)